--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
RIO GRANDE DISTRICT

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

HAPPY

UNITED STATES POSTAGE
PITNEY BOWES

02 1R          $ 00.26⁵
0006557458    JAN 13 2015
MAILED FROM ZIP CODE 78701

**1/7/2015**

**AUBREY, DEMETRIUS PAUL** *Tr. Ct. No. 549622-A* **WR-82,684-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DEMETRIUS PAUL AUBREY
- TDC # 547922

RTS

IEBN